UNITED STATES, Appellee

v

JOHNNY H. BARRETT, Private, U. S. Army, Appellant

12 USCMA 598, 31 CMR 184

No. 15,373

December 22, 1961

*Captain Jerome D. Meeker* and *First Lieutenant Robert L. Brosio* were on the brief for Appellant, Accused.

*Major Francis M. Cooper* and *First Lieutenant Carl F. Wrench* were on the brief for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The decision of the board of review as to the sentence is reversed, and the record of trial is returned to The Judge Advocate General of the Army for submission to the board of review for reconsideration in the light of our opinion in United States v Kitchens, 12 USCMA 589, 31 CMR 175.

Judges FERGUSON and KILDAY concur.